# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: SEBASTIAN INFANZON SANTOS | } | CASE NUMBER: 11-03972 |
| | } | |
| | } | JUDGE: BRIAN K. TESTER |
| DEBTOR | } | CHAPTER 13 |

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
## FOR THE PERIOD
**FROM** MAY 11, 2011     **TO** MAY 31, 2011

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

 

CARLOS E. RODRIGUEZ QUESADA
Attorney for Debtor

Debtor's Address
and Phone Number:

Attorney's Address
and Phone Number:

PO BOX 1092
CAGUAS, PR 00726

Tel. 787-567-1327

PO BOX 9023115
SAN JUAN, PR 00911
BAR NO. USDC-PR #124810
Tel. 787-724-2867

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: 11-03972
Case Number: SEBASTIAN INFANZON SANTOS

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month MAY/2011 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 0.00 |  |
| CASH- Beginning of Month (Business) | 0.00 |  |
|  |  |  |
| Total Household Receipts | 8,191.46 | 8,191.46 |
| Total Business Receipts | 15,184.57 | 15,184.57 |
| Total Receipts | 23,376.03 | 23,376.03 |
|  |  |  |
| Total Household Disbursements | 8,191.46 | 8,191.46 |
| Total Business Disbursements | 13,080.45 | 13,080.45 |
| Total Disbursements | 21,271.91 | 21,271.91 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 2,104.12 | 2,104.12 |
|  |  |  |
| CASH- End of Month (Individual) | 0.00 | 2,104.12 |
| CASH- End of Month (Business) | 0.00 | 0.00 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) |  |  |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 8,191.46 | 8,191.46 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 13,080.45 | 13,080.45 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

JULY 27, 2011
Dated

Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month MAY/2011 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 0.00 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary | 0.00 | 0.00 |
| Wages from Other Sources (attach list to this report) | 0.00 | 0.00 |
| Interest or Dividend Income | 0.00 | 0.00 |
| Alimony or Child Support | 0.00 | 0.00 |
| Social Security/Pension/Retirement | 0.00 | 0.00 |
| Sale of Household Assets (attach list to this report) | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Transfer from Household Account | 8,191.46 | 8,191.46 |
| Other (specify) (Mother's donation) | 0.00 | 0.00 |
| | | |
| TOTAL RECEIPTS | 8,191.46 | 8,191.46 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | 3,000.00 | 3,000.00 |
| Charitable Contributions | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 3,484.65 | 3,484.65 |
| Household Repairs & Maintenance | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| IRA Contribution | 0.00 | 0.00 |
| Lease/Rent Payments | 0.00 | 0.00 |
| Medical/Dental Payments | 287.00 | 287.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Other Secured Payments | 0.00 | 0.00 |
| Taxes - Personal Property | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes Other (attach schedule) PR Income Taxes 2010 | 0.00 | 0.00 |
| Travel & Entertainment | 1,419.81 | 1,419.81 |
| Tuition/Education | 0.00 | 0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 0.00 | 0.00 |
| Vehicle Expenses | 0.00 | 0.00 |
| Vehicle Secured Payment(s) | 0.00 | 0.00 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Professional Fees (Legal, Accounting) | 0.00 | 0.00 |
| Other (attach schedule) Pet Supply | 0.00 | 0.00 |
| Cash to Business Account | 0.00 | 0.00 |
| | | |
| Total Household Disbursements | 8,191.46 | 8,191.46 |
| | | |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | 0.00 | 0.00 |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month MAY/2011 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 0.00 |  |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Income from Professional Services | 14,473.62 | 14,473.62 |
| Account Receivable Collection | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Rental Income | 0.00 | 0.00 |
| Sale of Business Assets (attach list to this report) | 0.00 | 0.00 |
| Cash Accounts Beginning Balances | 710.95 | 710.95 |
| Transfer from Household Account | 0.00 | 0.00 |
|  |  |  |
| **Total Business Receipts** | 15,184.57 | 15,184.57 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) | 0.00 | 0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 0.00 | 0.00 |
| Taxes - Payroll | 0.00 | 0.00 |
| Taxes - Sales | 0.00 | 0.00 |
| Taxes Other (attach schedule) | 0.00 | 0.00 |
| Contract Labor (Subcontractors) | 1,800.00 | 1,800.00 |
| Inventory Purchases | 0.00 | 0.00 |
| Secured/Lease Payments (Business) | 0.00 | 0.00 |
| Utilities (Business) | 672.66 | 672.66 |
| Insurance | 0.00 | 0.00 |
| Vehicle Expenses | 374.08 | 374.08 |
| Travel & Entertainment | 0.00 | 0.00 |
| Repairs and Maintenance | 205.00 | 205.00 |
| Supplies | 1,534.25 | 1,534.25 |
| Charitable Contributions/Gifts | 0.00 | 0.00 |
| Purchase of Fixed Assets | 0.00 | 0.00 |
| Advertising | 0.00 | 0.00 |
| Bank Charges | 3.00 | 3.00 |
| Rent Expenses | 0.00 | 0.00 |
| Dues and Subscriptions | 300.00 | 300.00 |
| Transfer to Household Account | 8,191.46 | 8,191.46 |
| Other (attach schedule) | 0.00 | 0.00 |
|  |  |  |
| **Total Business Disbursements** | 13,080.45 | 13,080.45 |
|  |  |  |
| **CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2)** | 2,104.12 | 2,104.12 |

Monthly Operating Report - Individual

### QUESTIONNAIRE

| | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|
| Property Liability | Cooperativa de Seguros Multiples | 2011-2012 | Monthly | 0 |
| Professional Liability | SIMED | 2011-2012 | Monthly | 0 |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BPPR | | | |
| Account Number: | 081-339097 | | | |
| Purpose of Account (Business/Personal) | BOTH | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. Balance per Bank Statement | 905.33 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 0.00 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0.00 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0.00 | | | |
| 5. Month End Balance (Must Agree with Books) | 905.33 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ 905.33 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| Name of Bank | BPPR |
| Account Number | 081-339097 |
| Purpose of Account (Personal) | Business/Personal |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Description | Amount |
|---|---|---|---|---|
| SEE ATTACHED LIST. | | | | |
| | | | TOTAL | $ - |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

2:37 PM
07/27/11
Accrual Basis

# Dr. Sebastian Infanzon
## Checking Account Transactions-Attach #1
### As of May 31, 2011

| Type | Date | Num | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BPPR-Operational** | | | | | | | 0.00 |
| Transfer | 5/11/2011 | | | Owners Equity | 663.44 | | 663.44 |
| Check | 5/11/2011 | 212 | Lidia Cruz | Professional Fees | | 400.00 | 263.44 |
| Check | 5/12/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 202.50 | 60.94 |
| Check | 5/12/2011 | | Bank Service Charge | Bank Service Charges | | 1.50 | 59.44 |
| Check | 5/13/2011 | 215 | Autoridad Energia E... | Utilities | | 93.06 | -33.62 |
| Check | 5/13/2011 | 214 | Lidia Cruz | Professional Fees | | 400.00 | -433.62 |
| Check | 5/13/2011 | 216 | Puerto Rico Teleph... | Telephone Expense | | 319.14 | -752.76 |
| Deposit | 5/13/2011 | | | Fee for Service Income | 4,687.82 | | 3,935.06 |
| Deposit | 5/16/2011 | | | Fee for Service Income | 2,284.22 | | 6,219.28 |
| Check | 5/16/2011 | | La Terraza Rest. | Household Exp/Food/Clothing | | 80.79 | 6,138.49 |
| Check | 5/16/2011 | 218 | Cash | Personal Expenses-Travel and En | | 500.00 | 5,638.49 |
| Check | 5/16/2011 | 219 | Cash | Personal Expenses-Travel and En | | 120.00 | 5,518.49 |
| Check | 5/16/2011 | | Euroclass | Automobile Expense | | 327.83 | 5,190.66 |
| Check | 5/17/2011 | 220 | AT&T | Telephone Expense | | 260.46 | 4,930.20 |
| Check | 5/17/2011 | 213 | Cash | Personal Expenses-Travel and En | | 200.00 | 4,730.20 |
| Check | 5/17/2011 | 223 | Ferreteria-Maleza F... | Personal Expenses-Travel and En | | 165.00 | 4,565.20 |
| Check | 5/18/2011 | | Cosco | Household Exp/Food/Clothing | | 440.55 | 4,124.65 |
| Check | 5/20/2011 | 224 | ASUME | Child Support | | 3,000.00 | 1,124.65 |
| Check | 5/20/2011 | 225 | Lidia Cruz | Professional Fees | | 400.00 | 724.65 |
| Check | 5/20/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 624.65 |
| Deposit | 5/23/2011 | | | Fee for Service Income | 714.18 | | 1,338.83 |
| Check | 5/23/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 1,238.83 |
| Check | 5/23/2011 | 276 | Cash | Personal Expenses-Travel and En | | 70.00 | 1,168.83 |
| Check | 5/23/2011 | | Salitre Rest | Household Exp/Food/Clothing | | 99.72 | 1,069.11 |
| Check | 5/24/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 969.11 |
| Check | 5/24/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 869.11 |
| Check | 5/24/2011 | | First Medical Health... | Health Insurance | | 287.00 | 582.11 |
| Check | 5/25/2011 | 278 | Roberto Garay | Personal Expenses-Travel and En | | 97.43 | 484.68 |
| Check | 5/25/2011 | 222 | Lidia Cruz | Professional Fees | | 200.00 | 284.68 |
| Check | 5/26/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 184.68 |
| Check | 5/27/2011 | 279 | A/C Oliveras | Repairs and Maintenance | | 205.00 | -20.32 |
| Check | 5/27/2011 | 280 | Lidia Cruz | Professional Fees | | 400.00 | -420.32 |
| Deposit | 5/27/2011 | | | Fee for Service Income | 3,159.90 | | 2,739.58 |
| Check | 5/27/2011 | | Colegio de Medicos... | Dues and Subscriptions | | 300.00 | 2,439.58 |
| Check | 5/31/2011 | | Best Buy | Office Supplies | | 1,534.25 | 905.33 |
| **Total BPPR-Operational** | | | | | 11,509.56 | 10,604.23 | 905.33 |
| **TOTAL** | | | | | 11,509.56 | 10,604.23 | 905.33 |

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BPPR | | | |
| Account Number: | 482-351498 | | | |
| Purpose of Account (Business/Personal) | BOTH | | | |
| Type of Account (e.g. checking) | SAVING | | | |
| 1. Balance per Bank Statement | 1,198.79 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 0.00 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0.00 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0.00 | | | |
| 5. Month End Balance (Must Agree with Books) | 1,198.79 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ 1,198.79 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | BPPR |
|---|---|
| Account Number | 482-351498 |
| Purpose of Account (Business) | Business/Personal |
| Type of Account (e.g., Checking) | Saving |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| SEE ATTACHED LIST. | | | | |
| | | | TOTAL $ | - |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

2:37 PM
07/27/11
Accrual Basis

# Dr. Sebastian Infanzon
## Checking Account Transactions-Attach #2
### As of May 31, 2011

| Type | Date | Num | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BPPR-Saving** | | | | | | | 0.00 |
| Transfer | 5/11/2011 | | | Owners Equity | 47.51 | | 47.51 |
| Check | 5/12/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 42.50 | 5.01 |
| Check | 5/12/2011 | | Bank Service Charge | Bank Service Charges | | 1.50 | 3.51 |
| Deposit | 5/13/2011 | | | Fee for Service Income | 2,000.00 | | 2,003.51 |
| Check | 5/16/2011 | | Bostonian Clark | Household Exp/Food/Clothing | | 192.55 | 1,810.96 |
| Check | 5/16/2011 | | Bostonian Clark | Household Exp/Food/Clothing | | 64.19 | 1,746.77 |
| Check | 5/18/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 200.00 | 1,546.77 |
| Deposit | 5/23/2011 | | | Fee for Service Income | 1,627.50 | | 3,174.27 |
| Check | 5/24/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 3,074.27 |
| Check | 5/25/2011 | | Kmart | Household Exp/Food/Clothing | | 406.51 | 2,667.76 |
| Check | 5/25/2011 | | Yum Yum Tree | Household Exp/Food/Clothing | | 68.31 | 2,599.45 |
| Check | 5/27/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 2,499.45 |
| Check | 5/27/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 757.95 | 1,741.50 |
| Check | 5/27/2011 | | West Marine | Personal Expenses-Travel and En | | 267.38 | 1,474.12 |
| Check | 5/31/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 1,374.12 |
| Check | 5/31/2011 | | Yum Yum Tree | Household Exp/Food/Clothing | | 74.60 | 1,299.52 |
| Check | 5/31/2011 | | Shell Isabela | Automobile Expense | | 40.00 | 1,259.52 |
| Check | 5/31/2011 | | Panaderia La Ceiba | Household Exp/Food/Clothing | | 34.19 | 1,225.33 |
| Check | 5/31/2011 | | Walgreens | Household Exp/Food/Clothing | | 20.29 | 1,205.04 |
| Check | 5/31/2011 | | Total San Patricio | Automobile Expense | | 6.25 | 1,198.79 |
| **Total BPPR-Saving** | | | | | 3,675.01 | 2,476.22 | 1,198.79 |
| **TOTAL** | | | | | 3,675.01 | 2,476.22 | 1,198.79 |

2:53 PM
07/27/11
Accrual Basis

# Dr. Sebastian Infanzon
## Profit & Loss
### May 11 - 31, 2011

|  | May 11 - 31, 11 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Fee for Service Income | 14,473.62 |
| **Total Income** | 14,473.62 |
| **Expense** | |
| Automobile Expense | 374.08 |
| Bank Service Charges | 3.00 |
| Dues and Subscriptions | 300.00 |
| **Household Expenses** | |
| Child Support | 3,000.00 |
| Health Insurance | 287.00 |
| Household Exp/Food/Clothing | 3,484.65 |
| Personal Expenses-Travel and En | 1,419.81 |
| **Total Household Expenses** | 8,191.46 |
| Office Supplies | 1,534.25 |
| Professional Fees | 1,800.00 |
| Repairs and Maintenance | 205.00 |
| Telephone Expense | 579.60 |
| Utilities | 93.06 |
| **Total Expense** | 13,080.45 |
| **Net Ordinary Income** | 1,393.17 |
| **Net Income** | 1,393.17 |

Page 1

BANCO POPULAR DE PUERTO RICO
P.O. BOX 362708
SAN JUAN PR 00936-2708

 **BANCO POPULAR.**

SEBASTIAN INFANZON SANTOS
PO BOX 250046
AGUADILLA PR 00604-0046

482-351498
AHORRO A TODA HORA

14087

This statement covers your transactions after April 19, 2011 to May 19, 2011.  Page 1

# SAVINGS

## Balance Information

| Initial balance | + Credits | + Interest | - Debits | - Charges | = Final balance | Available balance |
|---|---|---|---|---|---|---|
| 133.26 | 2,000.00 | 0.00 | 584.99 | 1.50 | 1,546.77 | 1,546.77 |

| Average daily balance | Days in statement cycle | Periodic rate | Annual percentage yield earned |
|---|---|---|---|
| 489.17 | 30 | 0.0000000% | 00.000% |

## Regular and Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 05-13 | Deposit San Patricio Gallery Branch | 2,000.00 |

## Regular and Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 05-02 | ATH withdrawal 04-30 1381 San Patricio Gallery 3 | 80.00 |
| 05-02 | Payment 04-29 XXXXXXXXXXXX1941 Estación Shell de Isabela PR | 5.75 |
| 05-12 | ATH withdrawal 05-12 122463 International Gold Calle | 42.50 |

| Date | Description | Amount |
|---|---|---|
| 05-16 | Payment 05-15 XXXXXXXXXXXX1941 Bostonian Clark Canóvanas PR | 192.55 |
| 05-16 | Payment 05-15 XXXXXXXXXXXX1941 Bostonian Clark Canóvanas PR | 64.19 |
| 05-18 | ATH withdrawal 05-17 4833 San Patricio Gallery 3 | 200.00 |

## Charges

| Date | Description | Amount |
|---|---|---|
| 05-12 | Withdrawal outside ATH network | 1.50 |

## Minimum Balance

| Date | Description | Amount |
|---|---|---|
| 05-12 | Minimum balance during this cycle | 3.51 |

Notice: Your next statement date will be June 17, 2011.

BANCO POPULAR DE PUERTO RICO
P.O. BOX 362708
SAN JUAN PR 00936-2708

 **BANCO POPULAR.**

SEBASTIAN INFANZON SANTOS
PO BOX 250046
AGUADILLA PR 00604-0046

482-351498
AHORRO A TODA HORA

26612

This statement covers your transactions after May 19, 2011 to June 17, 2011.  Page 1

# SAVINGS

## Balance Information

| Initial balance | + Credits | + Interest | - Debits | - Charges | = Final balance | Available balance |
|---|---|---|---|---|---|---|
| 1,546.77 | 1,627.50 | 0.32 | 2,891.86 | 0.00 | 282.73 | 282.73 |

| Average daily balance | Days in statement cycle | Periodic rate | Annual percentage yield earned |
|---|---|---|---|
| 1,153.10 | 29 | 0.0009589% | 00.350% |

## Regular and Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 05-23 | Deposit | 1,627.50 |

| Date | Description | Amount |
|---|---|---|
| 06-17 | Interests credited | .32 |

## Regular and Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 05-24 | ATH withdrawal 05-24 3885 BPPR Puerto Nuevo | 100.00 |
| 05-25 | Payment 05-25 XXXXXXXXXXXX1941 Kmart 304San Ju PR | 406.51 |
| 05-25 | Payment 05-25 XXXXXXXXXXXX1941 Yum Yum Tree Hato Rey PR | 68.31 |
| 05-27 | ATH withdrawal 05-27 5833 BPPR Puerto Nuevo | 100.00 |
| 05-27 | Retiro Arecibo de Diego Branch | 757.95 |
| 05-27 | Payment 05-27 XXXXXXXXXXXX1941 West Marine 574 San Juan PR | 267.38 |
| 05-31 | ATH withdrawal 05-31 7565 San Patricio Gallery 3 | 100.00 |
| 05-31 | Payment 05-28 XXXXXXXXXXXX1941 Yum Yum Tree Hato Rey PR | 74.60 |
| 05-31 | Payment 05-28 XXXXXXXXXXXX1941 Shell Caparra San Juan PR | 40.00 |
| 05-31 | Payment 05-29 XXXXXXXXXXXX1941 Panaderia La Ceib San Juan PR | 34.19 |
| 05-31 | Payment 05-29 XXXXXXXXXXXX1941 Walgreens Guaynabo PR | 20.29 |
| 05-31 | Payment 05-30 XXXXXXXXXXXX1941 Total San Patrici Guaynabo PR | 6.25 |

| Date | Description | Amount |
|---|---|---|
| 06-03 | Payment 06-03 XXXXXXXXXXXX1941 Prestolite Auto C Guaynabo PR | 226.96 |
| 06-06 | ATH withdrawal 06-03 8402 San Patricio Gallery 3 | 100.00 |
| 06-06 | Payment 06-05 XXXXXXXXXXXX1941 Inca Chiken Inc San Juan PR | 71.10 |
| 06-06 | Payment 06-06 XXXXXXXXXXXX1941 Garage Shell Arecibo PR | 36.00 |
| 06-06 | Payment 06-06 XXXXXXXXXXXX1941 Autoexpreso Caguas PR | 30.00 |
| 06-06 | Payment 06-06 XXXXXXXXXXXX1941 Panad El Antiguo San Juan PR | 8.91 |
| 06-06 | Payment 06-04 XXXXXXXXXXXX1941 Panad El Antiguo San Juan PR | 7.07 |
| 06-07 | ATH withdrawal 06-06 8781 San Patricio Gallery 3 | 140.00 |
| 06-09 | Payment 06-09 XXXXXXXXXXXX1941 West Marine 574 San Juan PR | 74.84 |
| 06-10 | ATH withdrawal 06-09 9360 San Patricio Gallery 3 | 40.00 |
| 06-10 | Payment 06-09 XXXXXXXXXXXX1941 Yayas Wiken San Juan PR | 80.00 |
| 06-13 | ATH withdrawal 06-11 9005 Bspr Levittown * | 101.50 |

## Minimum Balance

| Date | Description | Amount |
|---|---|---|
| 06-13 | Minimum balance during this cycle | 282.41 |

Notice: Your next statement date will be July 20, 2011



# POPULAR

Hola Sebastian                                                                                                                A A

e-account

Ver cuenta:

Número de Cuenta: x9097
Consentimiento para Servicio de Sobregiro

Resumen de Cuenta    Ver Transacciones    Servicios para mi Cuenta

## Transacciones

Ver transacciones de:
04/30/2011 - 05/31/2011 - $905.33

| Fecha | Descripción | Débito(-) | Crédito(+) | Balance |
|---|---|---|---|---|
| 05/02/2011 | DEPOSITO | | $257.28 | $1,194.36 |
| 05/02/2011 | ATH WITHDRAWAL BPPR RAMEY 1 ON 04/29/11 | $200.00 | | $994.36 |
| 05/03/2011 | INMEDIATA H ACHC120110 | $95.00 | | $899.36 |
| 05/03/2011 | CHEQUE NUMERO 210 | $68.51 | | $830.85 |
| 05/04/2011 | PURCHASE YUM YUM TREE ON 05/03/11 | $80.62 | | $750.23 |
| 05/04/2011 | PURCHASE SHELL CAPARRA | $30.00 | | $720.23 |
| 05/05/2011 | ATH WITHDRAWAL BPPR PUERTO NUEVO | $80.00 | | $640.23 |
| 05/05/2011 | PURCHASE TOTAL SAN PATRICIO ON 05/04/11 | $9.25 | | $630.98 |
| 05/06/2011 | DEPOSITO | | $471.88 | $1,102.86 |
| 05/06/2011 | PURCHASE LA HACIENDA MEAT CENTE ON 05/05/11 | $49.63 | | $1,053.23 |
| 05/09/2011 | ATH WITHDRAWAL BPPR RAMEY 1 ON 05/06/11 | $100.00 | | $953.23 |
| 05/09/2011 | ATH WITHDRAWAL BPPR RAMEY 1 ON 05/06/11 | $80.00 | | $873.23 |
| 05/09/2011 | ATH WITHDRAWAL SAN PATRICIO GALLERY 3 ON 05/06/11 | $50.00 | | $823.23 |
| 05/09/2011 | CHEQUE NUMERO 146 | $600.00 | | $223.23 |
| 05/09/2011 | PURCHASE EUROCLASS 1 SAN JUA ON 05/07/11 | $74.77 | | $148.46 |
| 05/09/2011 | CHEQUE NUMERO 207 | $200.00 | | ($51.54) |
| 05/09/2011 | CHEQUE DEVUELTO SF 207 | | $200.00 | $148.46 |
| 05/09/2011 | CARGO CHEQUE DEVUELTO SF | $15.00 | | $133.46 |
| 05/10/2011 | DEPOSITO | | $728.99 | $862.45 |
| 05/10/2011 | ATT Services CHECKPAYMT | $109.01 | | $753.44 |
| 05/10/2011 | CHEQUE NUMERO 203 | $90.00 | | $663.44 |
| 05/11/2011 | CHEQUE NUMERO 212 | $400.00 | | $263.44 |
| 05/12/2011 | ATH WITHDRAWAL INTERNATIONAL GOLD CALLE | $202.50 | | $60.94 |
| 05/12/2011 | RETIRO ATM FUERA DE LA RED ATH | $1.50 | | $59.44 |
| 05/13/2011 | DEPOSITO | | $4,687.82 | $4,747.26 |
| 05/16/2011 | DEPOSITO | | $2,284.22 | $7,031.48 |
| 05/16/2011 | CHEQUE NUMERO 218 | $500.00 | | $6,531.48 |
| 05/16/2011 | CHEQUE NUMERO 219 | $120.00 | | $6,411.48 |
| 05/16/2011 | PURCHASE EUROCLASS 1 SAN JUA | $327.83 | | $6,083.65 |
| 05/16/2011 | PURCHASE LA TERRAZA REST ON 05/14/11 | $80.79 | | $6,002.86 |
| 05/17/2011 | CHEQUE NUMERO 213 | $200.00 | | $5,802.86 |
| 05/18/2011 | PURCHASE COSTCO WHSE 0363 | $440.55 | | $5,362.31 |

https://www.bancopopular.com/cibp_web/actions/transaction?account=1311720478852184    7/26/2011



# POPULAR

Hola Sebastian                                                                                                          A A

**e-account**

Ver cuenta:

Número de Cuenta: x9097
Consentimiento para Servicio de Sobregiro

Resumen de Cuenta    Ver Transacciones    Servicios para mi Cuenta

## Transacciones

Ver transacciones de:
04/30/2011 - 05/31/2011 - $905.33

| Fecha | Descripción | Débito(-) | Crédito(+) | Balance |
|---|---|---|---|---|
| 05/27/2011 | DEPOSITO | | $3,159.90 | $3,344.58 |
| 05/27/2011 | COLEGIO DE MEDIC CK PAYMENT | $300.00 | | $3,044.58 |
| 05/31/2011 | CHEQUE NUMERO 280 | $400.00 | | $2,644.58 |
| 05/31/2011 | PURCHASE BEST BUY 1118 SAN JUA ON 05/28/11 | $1,534.25 | | $1,110.33 |
| 05/31/2011 | CHEQUE NUMERO 279 | $205.00 | | $905.33 |

página 1 2 Mostrar Todas

© 2011 Popular Inc.                                                        Seguridad | Privacidad | Términos y Condiciones

https://www.bancopopular.com/cibp-web/actions/transaction?account=1311720478852184...   7/26/2011