# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: SEBASTIAN INFANZON SANTOS | } | CASE NUMBER: 11-03972 |
| | } | |
| | } | |
| | } | JUDGE: BRIAN K. TESTER |
| | } | |
| DEBTOR | } | CHAPTER 13 |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** JUNE 1, 2011     **TO** JUNE 30, 2011

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

|   |   |
|---|---|
|   | CARLOS E. RODRIGUEZ QUESADA |
|   | Attorney for Debtor |
| Debtor's Address and Phone Number: | Attorney's Address and Phone Number: |
| PO BOX 1092 | PO BOX 9023115 |
| CAGUAS, PR 00726 | SAN JUAN, PR 00911 |
|   | BAR NO. USDC-PR #124810 |
| Tel. 787-567-1327 | Tel. 787-724-2867 |

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: 11-03972
Case Number: SEBASTIAN INFANZON SANTOS

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month JUNE/2011 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 0.00 |  |
| CASH- Beginning of Month (Business) | 0.00 |  |
|  |  |  |
| Total Household Receipts | 8,915.30 | 17,106.76 |
| Total Business Receipts | 11,760.00 | 24,840.45 |
| Total Receipts | 20,675.30 | 41,947.21 |
|  |  |  |
| Total Household Disbursements | 8,915.30 | 17,106.76 |
| Total Business Disbursements | 9,138.03 | 22,218.48 |
| Total Disbursements | 18,053.33 | 39,325.24 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 2,621.97 | 2,621.97 |
|  |  |  |
| CASH- End of Month (Individual) | 0.00 | 2,621.97 |
| CASH- End of Month (Business) | 0.00 | 0.00 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) |  |  |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 3,915.30 | 12,106.76 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 14,138.03 | 27,218.48 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

July 27, 2011
Dated

_[signature]_
Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>JUNE/2011 | Cumulative<br>Total |
|---|---|---|
| **CASH - Beginning of Month** | 0.00 |  |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary | 0.00 | 0.00 |
| Wages from Other Sources (attach list to this report) | 0.00 | 0.00 |
| Interest or Dividend Income | 0.00 | 0.00 |
| Alimony or Child Support | 0.00 | 0.00 |
| Social Security/Pension/Retirement | 0.00 | 0.00 |
| Sale of Household Assets (attach list to this report) | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Transfer from Household Account | 3,915.30 | 12,106.76 |
| Other (specify) (Mother's donation) | 5,000.00 | 5,000.00 |
|  |  |  |
| **TOTAL RECEIPTS** | 8,915.30 | 17,106.76 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments | 3,000.00 | 6,000.00 |
| Charitable Contributions | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 2,844.93 | 6,329.58 |
| Household Repairs & Maintenance | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| IRA Contribution | 0.00 | 0.00 |
| Lease/Rent Payments | 0.00 | 0.00 |
| Medical/Dental Payments | 287.00 | 574.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Other Secured Payments | 0.00 | 0.00 |
| Taxes - Personal Property | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes Other (attach schedule) PR Income Taxes 2010 | 0.00 | 0.00 |
| Travel & Entertainment | 783.37 | 2,203.18 |
| Tuition/Education | 0.00 | 0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 0.00 | 0.00 |
| Vehicle Expenses | 0.00 | 0.00 |
| Vehicle Secured Payment(s) | 0.00 | 0.00 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Professional Fees (Legal, Accounting) | 2,000.00 | 2,000.00 |
| Other (attach schedule) Pet Supply | 0.00 | 0.00 |
| Cash to Business Account | 0.00 | 0.00 |
|  |  |  |
| **Total Household Disbursements** | 8,915.30 | 17,106.76 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 0.00 | 0.00 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month JUNE/2011 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 2,104.12 | |
| **BUSINESS CASH RECEIPTS** | | |
| Income from Professional Services | 9,655.56 | 24,129.18 |
| Account Receivable Collection | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Interest Income | 0.32 | 0.32 |
| Sale of Business Assets (attach list to this report) | 0.00 | 0.00 |
| Cash Accounts Beginning Balances | 0.00 | 710.95 |
| Transfer from Household Account | 0.00 | 0.00 |
| | | |
| **Total Business Receipts** | 11,760.00 | 24,840.45 |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | 0.00 | 0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 0.00 | 0.00 |
| Taxes - Payroll | 0.00 | 0.00 |
| Taxes - Sales | 0.00 | 0.00 |
| Taxes Other (attach schedule) | 0.00 | 0.00 |
| Contract Labor (Subcontractors) | 1,760.00 | 3,560.00 |
| Inventory Purchases | 0.00 | 0.00 |
| Secured/Lease Payments (Auto) | 757.95 | 757.95 |
| Utilities (Business) | 502.44 | 1,175.10 |
| Insurance | 608.50 | 608.50 |
| Vehicle Expenses | 993.84 | 1,367.92 |
| Travel & Entertainment | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 205.00 |
| Supplies | 0.00 | 1,534.25 |
| Charitable Contributions/Gifts | 0.00 | 0.00 |
| Purchase of Fixed Assets | 0.00 | 0.00 |
| Advertising | 0.00 | 0.00 |
| Bank Charges | 0.00 | 3.00 |
| Rent Expenses | 600.00 | 600.00 |
| Dues and Subscriptions | 0.00 | 300.00 |
| Transfer to Household Account | 3,915.30 | 12,106.76 |
| Other (attach schedule) | 0.00 | 0.00 |
| | | |
| **Total Business Disbursements** | 9,138.03 | 22,218.48 |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 2,621.97 | 2,621.97 |

Monthly Operating Report - Individual

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property Liability | Cooperativa de Seguros Multiples | 2011-2012 | Monthly | 0 |
| Professional Liability | SIMED | 2011-2012 | Monthly | 0 |
| | | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BPPR | | | |
| Account Number: | 081-339097 | | | |
| Purpose of Account (Business/Personal) | BOTH | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| 1. Balance per Bank Statement | 1,435.15 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 0.00 | | | - |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0.00 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0.00 | | | |
| 5. Month End Balance (Must Agree with Books) | 1,435.15 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ 1,435.15 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | BPPR |
|---|---|
| Account Number | 081-339097 |
| Purpose of Account (Personal) | Business/Personal |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Description | Amount |
|---|---|---|---|---|
| SEE ATTACHED LIST. | | | | |
| | | | TOTAL $ | - |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

2:55 PM
07/27/11
Accrual Basis

# Dr. Sebastian Infanzon
## Checking Account Transactions-Attach #2
### As of June 30, 2011

| Type | Date | Num | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **BPPR-Operational** | | | | | | | 905.33 |
| Check | 6/1/2011 | 281 | SIMED | Insurance Expense | | 389.80 | 515.53 |
| Deposit | 6/1/2011 | | | Fee for Service Income | 1,162.29 | | 1,677.82 |
| Check | 6/1/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 200.00 | 1,477.82 |
| Check | 6/1/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 80.00 | 1,397.82 |
| Check | 6/1/2011 | | Inmediata Health | Professional Fees | | 95.00 | 1,302.82 |
| Check | 6/2/2011 | 285 | Ricardo Margari | Personal Expenses-Travel and En | | 140.00 | 1,162.82 |
| Check | 6/3/2011 | 287 | Lidia Cruz | Professional Fees | | 400.00 | 762.82 |
| Check | 6/6/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 662.82 |
| Check | 6/7/2011 | 289 | Ricardo Margari | Personal Expenses-Travel and En | | 140.00 | 522.82 |
| Check | 6/7/2011 | 283 | David Aviles | Personal Expenses-Travel and En | | 180.00 | 342.82 |
| Check | 6/7/2011 | 284 | Puerto Rico Teleph... | Telephone Expense | | 138.90 | 203.92 |
| Check | 6/7/2011 | 282 | Roberto Garay | Personal Expenses-Travel and En | | 86.77 | 117.15 |
| Check | 6/8/2011 | 288 | Lidia Cruz | Professional Fees | | 65.00 | 52.15 |
| Deposit | 6/9/2011 | | | Fee for Service Income | 535.31 | | 587.46 |
| Check | 6/10/2011 | 290 | Lidia Cruz | Professional Fees | | 400.00 | 187.46 |
| Deposit | 6/13/2011 | | | Fee for Service Income | 583.17 | | 770.63 |
| Check | 6/14/2011 | 291 | Cash | Personal Expenses-Travel and En | | 75.00 | 695.63 |
| Check | 6/15/2011 | | Prestolite Auto | Automobile Expense | | 226.96 | 468.67 |
| Check | 6/16/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 368.67 |
| Deposit | 6/17/2011 | | | Fee for Service Income | 1,364.36 | | 1,733.03 |
| Check | 6/17/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 1,633.03 |
| Check | 6/17/2011 | | Subway | Household Exp/Food/Clothing | | 5.09 | 1,627.94 |
| Check | 6/20/2011 | | Prestolite Auto | Automobile Expense | | 226.96 | 1,400.98 |
| Check | 6/20/2011 | | Rest. Picholo | Household Exp/Food/Clothing | | 16.85 | 1,384.13 |
| Check | 6/20/2011 | 292 | Lidia Cruz | Professional Fees | | 400.00 | 984.13 |
| Check | 6/20/2011 | 286 | Autoridad Energia E... | Utilities | | 200.00 | 784.13 |
| Deposit | 6/21/2011 | | | Fee for Service Income | 2,159.92 | | 2,944.05 |
| Check | 6/21/2011 | | Total San Patricio | Automobile Expense | | 20.00 | 2,924.05 |
| Check | 6/21/2011 | | Panaderia El Antigu... | Household Exp/Food/Clothing | | 10.54 | 2,913.51 |
| Check | 6/22/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 2,813.51 |
| Check | 6/22/2011 | | Cosco | Household Exp/Food/Clothing | | 465.67 | 2,347.84 |
| Check | 6/22/2011 | | Prestolite Auto | Automobile Expense | | 226.96 | 2,120.88 |
| Check | 6/22/2011 | | Rest. El Rincon Qu... | Household Exp/Food/Clothing | | 74.74 | 2,046.14 |
| Check | 6/22/2011 | | Panaderia El Antigu... | Household Exp/Food/Clothing | | 7.70 | 2,038.44 |
| Deposit | 6/23/2011 | | | Fee for Service Income | 1,796.73 | | 3,835.17 |
| Check | 6/23/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 260.00 | 3,575.17 |
| Check | 6/23/2011 | | First Medical Health... | Health Insurance | | 287.00 | 3,288.17 |
| Check | 6/24/2011 | 299 | ASUME | Child Support | | 3,000.00 | 288.17 |
| Check | 6/24/2011 | 295 | SIMED | Insurance Expense | | 218.70 | 69.47 |
| Check | 6/24/2011 | 298 | Lidia Cruz | Professional Fees | | 400.00 | -330.53 |
| Deposit | 6/24/2011 | | | Fee for Service Income | 1,389.69 | | 1,059.16 |
| Check | 6/24/2011 | | Maleza Express Ph... | Household Exp/Food/Clothing | | 15.76 | 1,043.40 |
| Check | 6/24/2011 | 161 | Dr. Mattei | Rent Expense | | 600.00 | 443.40 |
| Check | 6/27/2011 | | Transferencia Banc... | BPPR-Saving | 4,000.00 | | 4,443.40 |
| Check | 6/27/2011 | | Popular Lease | Automobile Expense-Lease Paymen | | 757.95 | 3,685.45 |
| Check | 6/27/2011 | 293 | Roberto Garay | Personal Expenses-Travel and En | | 86.76 | 3,598.69 |

Page 1

2:55 PM
07/27/11
Accrual Basis

# Dr. Sebastian Infanzon
## Checking Account Transactions-Attach #2
### As of June 30, 2011

| Type | Date | Num | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 6/27/2011 | 296 | Puerto Rico Teleph... | Telephone Expense | | 163.54 | 3,435.15 |
| Check | 6/27/2011 | 19 | Li Lourdes Ortiz | Professional Fees | | 2,000.00 | 1,435.15 |
| Total BPPR-Operational | | | | | 12,991.47 | 12,461.65 | 1,435.15 |
| TOTAL | | | | | 12,991.47 | 12,461.65 | 1,435.15 |

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BPPR | | | |
| Account Number: | 482-351498 | | | |
| Purpose of Account (Business/Personal) | BOTH | | | |
| Type of Account (e.g. checking) | SAVING | | | |
| 1. Balance per Bank Statement | 1,186.82 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 0.00 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0.00 | | | |
| 4. Other Reconciling Items (attach list to this report) | 0.00 | | | |
| 5. Month End Balance (Must Agree with Books) | 1,186.82 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ 1,186.82 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | BPPR |
|---|---|
| Account Number | 482-351498 |
| Purpose of Account (Business) | Business/Personal |
| Type of Account (e.g., Checking) | Saving |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| SEE ATTACHED LIST. | | | | |
| | | | TOTAL | $ - |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

2:54 PM
07/27/11
Accrual Basis

# Dr. Sebastian Infanzon
## Checking Account Transactions-Attach #2
### As of June 30, 2011

| Type | Date | Num | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **BPPR-Saving** | | | | | | | 1,198.79 |
| Check | 6/3/2011 | | Prestolite Auto | Automobile Expense | | 226.96 | 971.83 |
| Check | 6/5/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 100.00 | 871.83 |
| Check | 6/6/2011 | | Inca Chicken | Household Exp/Food/Clothing | | 71.10 | 800.73 |
| Check | 6/6/2011 | | Shell Isabela | Automobile Expense | | 36.00 | 764.73 |
| Check | 6/6/2011 | | Auto Expresso | Automobile Expense | | 30.00 | 734.73 |
| Check | 6/6/2011 | | Panaderia El Antigu... | Household Exp/Food/Clothing | | 7.07 | 727.66 |
| Check | 6/6/2011 | | Panaderia El Antigu... | Household Exp/Food/Clothing | | 8.91 | 718.75 |
| Check | 6/7/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 140.00 | 578.75 |
| Check | 6/9/2011 | | West Marine | Personal Expenses-Travel and En | | 74.84 | 503.91 |
| Check | 6/10/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 40.00 | 463.91 |
| Check | 6/10/2011 | | Yayas Kitchen | Household Exp/Food/Clothing | | 80.00 | 383.91 |
| Check | 6/13/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 101.50 | 282.41 |
| Deposit | 6/17/2011 | | Interest Income | Interest Income | 0.32 | | 282.73 |
| Deposit | 6/21/2011 | | | Fee for Service Income | 390.60 | | 673.33 |
| Deposit | 6/23/2011 | | | Other Income | 5,000.00 | | 5,673.33 |
| Check | 6/27/2011 | | Transferencia Banc... | BPPR-Operational | | 4,000.00 | 1,673.33 |
| Deposit | 6/27/2011 | | | Fee for Service Income | 273.49 | | 1,946.82 |
| Check | 6/27/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 300.00 | 1,646.82 |
| Check | 6/28/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 300.00 | 1,346.82 |
| Check | 6/30/2011 | | ATH Withdrawal | Household Exp/Food/Clothing | | 160.00 | 1,186.82 |
| **Total BPPR-Saving** | | | | | 5,664.41 | 5,676.38 | 1,186.82 |
| **TOTAL** | | | | | 5,664.41 | 5,676.38 | 1,186.82 |

BANCO POPULAR DE PUERTO RICO
P.O. BOX 362708
SAN JUAN PR 00936-2708

 **BANCO POPULAR.**

SEBASTIAN INFANZON SANTOS
PO BOX 250046
AGUADILLA PR 00604-0046

482-351498
AHORRO A TODA HORA

26612

This statement covers your transactions after May 19, 2011 to June 17, 2011 — Page 1

# SAVINGS

## Balance Information

| Initial balance | + Credits | + Interest | - Debits | - Charges | = Final balance | Available balance |
|---|---|---|---|---|---|---|
| 1,546.77 | 1,627.50 | 0.32 | 2,891.86 | 0.00 | 282.73 | 282.73 |

| Average daily balance | Days in statement cycle | Periodic rate | Annual percentage yield earned |
|---|---|---|---|
| 1,153.10 | 29 | 0.0009589% | 00.350% |

## Regular and Electronic Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-23 | Deposit | 1,627.50 | 06-17 | Interests credited | .32 |

## Regular and Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 05-24 | ATH withdrawal 05-24 3885 BPPR Puerto Nuevo | 100.00 |
| 05-25 | Payment 05-25 XXXXXXXXXXXX1941 Kmart 304San Ju PR | 406.51 |
| 05-25 | Payment 05-25 XXXXXXXXXXXX1941 Yum Yum Tree Hato Rey PR | 68.31 |
| 05-27 | ATH withdrawal 05-27 5833 BPPR Puerto Nuevo | 100.00 |
| 05-27 | Retiro Arecibo de Diego Branch | 757.95 |
| 05-27 | Payment 05-27 XXXXXXXXXXXX1941 West Marine 574 San Juan PR | 267.38 |
| 05-31 | ATH withdrawal 05-31 7565 San Patricio Gallery 3 | 100.00 |
| 05-31 | Payment 05-28 XXXXXXXXXXXX1941 Yum Yum Tree Hato Rey PR | 74.60 |
| 05-31 | Payment 05-28 XXXXXXXXXXXX1941 Shell Caparra San Juan PR | 40.00 |
| 05-31 | Payment 05-29 XXXXXXXXXXXX1941 Panaderia La Ceib San Juan PR | 34.19 |
| 05-31 | Payment 05-29 XXXXXXXXXXXX1941 Walgreens Guaynabo PR | 20.29 |
| 05-31 | Payment 05-30 XXXXXXXXXXXX1941 Total San Patrici Guaynabo PR | 6.25 |

| Date | Description | Amount |
|---|---|---|
| 06-03 | Payment 06-03 XXXXXXXXXXXX1941 Prestolite Auto C Guaynabo PR | 226.96 |
| 06-06 | ATH withdrawal 06-03 8402 San Patricio Gallery 3 | 100.00 |
| 06-06 | Payment 06-05 XXXXXXXXXXXX1941 Inca Chiken Inc San Juan PR | 71.10 |
| 06-06 | Payment 06-06 XXXXXXXXXXXX1941 Garage Shell Arecibo PR | 36.00 |
| 06-06 | Payment 06-06 XXXXXXXXXXXX1941 Autoexpreso Caguas PR | 30.00 |
| 06-06 | Payment 06-06 XXXXXXXXXXXX1941 Panad El Antiguo San Juan PR | 8.91 |
| 06-06 | Payment 06-04 XXXXXXXXXXXX1941 Panad El Antiguo San Juan PR | 7.07 |
| 06-07 | ATH withdrawal 06-06 8781 San Patricio Gallery 3 | 140.00 |
| 06-09 | Payment 06-09 XXXXXXXXXXXX1941 West Marine 574 San Juan PR | 74.84 |
| 06-10 | ATH withdrawal 06-09 9360 San Patricio Gallery 3 | 40.00 |
| 06-10 | Payment 06-09 XXXXXXXXXXXX1941 Yayas Wiken San Juan PR | 80.00 |
| 06-13 | ATH withdrawal 06-11 9005 Bspr Levittown * | 101.50 |

## Minimum Balance

| Date | Description | Amount |
|---|---|---|
| 06-13 | Minimum balance during this cycle | 282.41 |

Notice: Your next statement date will be July 20, 2011

**POPULAR**

Hola Sebastian

A A

### Ahorro a Toda Hora

Ver cuenta:

Número de Cuenta: x1498
Consentimiento para Servicio de Sobregiro

Resumen de Cuenta    Ver Transacciones    Servicios para mi Cuenta

## Transacciones

Ver transacciones de:
06/18/2011 - 07/20/2011 - $2,709.39

| Fecha | Descripción | Débito(-) | Crédito(+) | Balance |
|---|---|---|---|---|
| 06/21/2011 | DEPOSIT | | $390.60 | $673.33 |
| 06/23/2011 | DEPOSIT | | $5,000.00 | $5,673.33 |
| 06/24/2011 | DEPOSIT | | $5,000.00 | $10,673.33 |
| 06/24/2011 | CHEQUE DEPOSITADO DEVUELTO | $5,000.00 | | $5,673.33 |
| 06/27/2011 | DEPOSIT | | $273.49 | $5,946.82 |
| 06/27/2011 | ATH WITHDRAWAL SAN PATRICIO GALLERY 3 ON 06/25/11 | $300.00 | | $5,646.82 |
| 06/27/2011 | TELEPAGO TRANSFER TO CHECKING ACCOUNT | $4,000.00 | | $1,646.82 |
| 06/28/2011 | ATH WITHDRAWAL BPPR PUERTO NUEVO ON 06/27/11 | $300.00 | | $1,346.82 |
| 06/30/2011 | ATH WITHDRAWAL BPPR ARECIBO DE DIEGO | $160.00 | | $1,186.82 |
| 07/05/2011 | ATH WITHDRAWAL PARADOR VILLA PARGUERA BPPR ON 07/01/11 | $300.00 | | $886.82 |
| 07/05/2011 | PURCHASE PONCE YACHT/FISHING/COM ON 07/02/11 | $394.03 | | $492.79 |
| 07/05/2011 | PURCHASE HOTEL VILLA PARGUERA F ON 07/01/11 | $96.30 | | $396.49 |
| 07/06/2011 | DEPOSIT | | $2,972.64 | $3,369.13 |
| 07/08/2011 | PURCHASE ORANGE BLOSSOM | $76.72 | | $3,292.41 |
| 07/11/2011 | ATH WITHDRAWAL BPPR ARECIBO HIGHWAY ON 07/09/11 | $400.00 | | $2,892.41 |
| 07/11/2011 | ATH WITHDRAWAL BPPR PUERTO NUEVO ON 07/08/11 | $100.00 | | $2,792.41 |
| 07/12/2011 | PURCHASE WEST MARINE 574 ON 07/11/11 | $241.80 | | $2,550.61 |
| 07/15/2011 | DEPOSIT | | $2,863.90 | $5,414.51 |
| 07/18/2011 | ATH WITHDRAWAL BPPR PUERTO NUEVO ON 07/15/11 | $500.00 | | $4,914.51 |
| 07/18/2011 | ATH WITHDRAWAL BPPR SALINAS 1 ON 07/16/11 | $500.00 | | $4,414.51 |
| 07/18/2011 | PURCHASE WEST MARINE 574 ON 07/15/11 | $348.89 | | $4,065.62 |
| 07/18/2011 | PURCHASE INSTERSTATE ALL BATTERI ON 07/16/11 | $342.39 | | $3,723.23 |
| 07/18/2011 | PURCHASE RESTAURANT EL DORADO ON 07/16/11 | $225.62 | | $3,497.61 |
| 07/18/2011 | PURCHASE COSTCO WHSE 0363 ON 07/16/11 | $186.56 | | $3,311.05 |
| 07/19/2011 | ATH WITHDRAWAL PLAZA FERRAN SHOPPING 1 | $302.50 | | $3,008.55 |
| 07/19/2011 | ATH WITHDRAWAL SAN PATRICIO GALLERY 3 ON 07/18/11 | $300.00 | | $2,708.55 |
| 07/20/2011 | INTERESTS CREDITED | | $0.84 | $2,709.39 |


# POPULAR

Hola Sebastian                                                                                              A A

**e-account**

Ver cuenta:

Número de Cuenta: x9097
Consentimiento para Servicio de Sobregiro

Resumen de Cuenta    Ver Transacciones    Servicios para mi Cuenta

## Transacciones

Ver transacciones de:
06/01/2011 - 06/30/2011 - $1,435.15

| Fecha | Descripción | Débito(-) | Crédito(+) | Balance |
|---|---|---|---|---|
| 06/01/2011 | DEPOSITO | | $1,162.29 | $2,067.62 |
| 06/01/2011 | ATH WITHDRAWAL BPPR RAMEY 1 | $200.00 | | $1,867.62 |
| 06/01/2011 | ATH WITHDRAWAL SAN PATRICIO GALLERY 3 ON 05/31/11 | $80.00 | | $1,787.62 |
| 06/01/2011 | INMEDIATA H ACHC1 2011 | $95.00 | | $1,692.62 |
| 06/01/2011 | CHEQUE NUMERO 281 | $389.80 | | $1,302.82 |
| 06/06/2011 | ATH WITHDRAWAL INTER RIO PIEDRAS BPPR ON 06/04/11 | $100.00 | | $1,202.82 |
| 06/07/2011 | CHEQUE NUMERO 283 | $180.00 | | $1,022.82 |
| 06/07/2011 | CHEQUE NUMERO 284 | $138.90 | | $883.92 |
| 06/07/2011 | CHEQUE NUMERO 282 | $86.77 | | $797.15 |
| 06/08/2011 | CHEQUE NUMERO 287 | $400.00 | | $397.15 |
| 06/08/2011 | CHEQUE NUMERO 288 | $65.00 | | $332.15 |
| 06/08/2011 | CHEQUE NUMERO 285 | $140.00 | | $192.15 |
| 06/09/2011 | DEPOSITO | | $535.31 | $727.46 |
| 06/10/2011 | CHEQUE NUMERO 290 | $400.00 | | $327.46 |
| 06/13/2011 | DEPOSITO | | $583.17 | $910.63 |
| 06/14/2011 | CHEQUE NUMERO 291 | $75.00 | | $835.63 |
| 06/15/2011 | PURCHASE PRESTOLITE AUTO CENTER | $226.96 | | $608.67 |
| 06/16/2011 | ATH WITHDRAWAL BPPR ISLA VERDE 2 ON 06/15/11 | $100.00 | | $508.67 |
| 06/17/2011 | DEPOSITO | | $1,364.36 | $1,873.03 |
| 06/17/2011 | ATH WITHDRAWAL BPPR PUERTO NUEVO | $100.00 | | $1,773.03 |
| 06/17/2011 | PURCHASE SUBWAY 22033 | $5.09 | | $1,767.94 |
| 06/20/2011 | CHEQUE NUMERO 292 | $400.00 | | $1,367.94 |
| 06/20/2011 | PURCHASE PRESTOLITE AUTO CENTER ON 06/17/11 | $226.96 | | $1,140.98 |
| 06/20/2011 | PURCHASE RESTAURANT PICHOLO | $16.85 | | $1,124.13 |
| 06/20/2011 | CHEQUE NUMERO 286 | $200.00 | | $924.13 |
| 06/21/2011 | DEPOSITO | | $2,159.92 | $3,084.05 |
| 06/21/2011 | PURCHASE TOTAL SAN PATRICIO RUBI | $20.00 | | $3,064.05 |
| 06/21/2011 | PURCHASE PANAD EL ANTIGUO BILBAO | $10.54 | | $3,053.51 |
| 06/22/2011 | ATH WITHDRAWAL BPPR PUERTO NUEVO ON 06/21/11 | $100.00 | | $2,953.51 |
| 06/22/2011 | PURCHASE COSTCO WHSE 0363 | $465.67 | | $2,487.84 |
| 06/22/2011 | PURCHASE PRESTOLITE AUTO CENTER ON 06/21/11 | $226.96 | | $2,260.88 |
| 06/22/2011 | PURCHASE EL RINCON QUE NO CONOCE ON 06/21/11 | $74.74 | | $2,186.14 |

7/26/2011

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 06/22/2011 | PURCHASE PANAD EL ANTIGUO BILBAO ON 06/21/11 | $7.70 | | $2,178.44 |
| 06/22/2011 | CHEQUE NUMERO 289 | $140.00 | | $2,038.44 |
| 06/23/2011 | DEPOSITO | | $1,796.73 | $3,835.17 |
| 06/23/2011 | ATH WITHDRAWAL BPPR RAMEY 1 | $260.00 | | $3,575.17 |
| 06/23/2011 | FIRST MEDICAL HE DEBITS | $287.00 | | $3,288.17 |
| 06/24/2011 | DEPOSITO | | $1,489.69 | $4,777.86 |
| 06/24/2011 | AJUSTE DE DEPOSITO | $100.00 | | $4,677.86 |
| 06/24/2011 | CHEQUE NUMERO 299 | $3,000.00 | | $1,677.86 |
| 06/24/2011 | CHEQUE NUMERO 161 | $600.00 | | $1,077.86 |
| 06/24/2011 | PURCHASE MALEZA EXPRESS PHARMCY ON 06/23/11 | $15.76 | | $1,062.10 |
| 06/27/2011 | TELEPAGO TRANSFERENCIA DE FONDOS | | $4,000.00 | $5,062.10 |
| 06/27/2011 | CHEQUE NUMERO 298 | $400.00 | | $4,662.10 |
| 06/27/2011 | TELEPAGO POPULAR AUTO LEASE EN ATRASO | $757.95 | | $3,904.15 |
| 06/27/2011 | CHEQUE NUMERO 19 | $2,000.00 | | $1,904.15 |
| 06/27/2011 | CHEQUE NUMERO 296 | $163.54 | | $1,740.61 |
| 06/27/2011 | CHEQUE NUMERO 293 | $86.76 | | $1,653.85 |
| 06/30/2011 | CHEQUE NUMERO 295 | $218.70 | | $1,435.15 |

© 2011 Popular Inc.   Seguridad | Privacidad | Términos y Condiciones