IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: SEBASTIAN INFANZON SANTOS

Bkrtcy. No. 11-03972-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: May 11, 2011 | Meeting Date: Jul 28, 2011 | DC Track No. 25 |
| Days from petition date: 78 | Meeting Time: 3:00 PM | |
| 910 Days before Petition: 11/12/2008 | ☐ Chapter 13 Plan Date: May 11, 2011 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) Bankruptcy petition. | Plan Base: $49,180.00 | |
| This is the _____ Scheduled Meeting | Confirmation Hearing Date: Oct 20, 2011 | Time: 9:00 AM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount | Total Paid In: $353.00

**I. Appearances:** ☐ Telephone ☐ Video Conference
☐ Debtor Present ☐ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☐ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

☐ Creditor(s) present: ☐ None.
Marquez - Ledo Repair (ex-wife)

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: CARLOS RODRIGUEZ QUESADA*
Total Agreed: $0.00 | Paid Pre-Petition: $0.00 | Outstanding: $0.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: _____
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: _____

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: December 6, 2011 at 2pm.

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308] _____
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
Debtor must submit:
1) business questionnaire
2) Debtor must submit Monthly Operating Reports for the 6 months prior to the filing of bankruptcy up to October 2011.
3) municipal patent

/s/ José R. Carrión
Trustee          Presiding Officer          Page 1 of 2          Date: Jul 28, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

4) Evidence of income and expenses listed in MORS.
5) Debtor must submit 2010 tax return, evidence of filing 2007-2009 state tax returns and 1040PR 2007-2010.

★ This is the last continuance. If case is not ready for next §341 meeting, will request dismissal.

Trustee / Presiding Officer     Page 2 of 2     Date: 7/28/2011