IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SEBASTIAN INFANZON SANTOS

XXX-XX-3210

**Debtor(s)**

CASE NO. 11-03972 BKT

Chapter 13

FILED & ENTERED ON 08/11/2011

### ORDER

The trustee's motion to withdraw motion to dismiss (docket #26) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico this 11 day of August, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
CARLOS RODRIGUEZ QUESADA
JOSE RAMON CARRION MORALES